| | |
|---|---|
| | **Return** |
| Case No: 8:18-MJ-022 | Date and time warrant served on provider: February 1, 2018, at 9:06 am |
| Inventory made in the presence of: Tim Kirkham | |
| Inventory of data seized: [Please provide a description of the information produced.] Content of Box, Inc. account ballackroxs@gmail.com | |
| **Certification** | |
| I declare under penalty of perjury that I am an officer involved in the execution of this warrant, and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office. | |

Date: 6/7/18

*Executing officer's signature*

Tim Kirkham, HSI Special Agent
*Printed name and title*